UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | CRIM. No. 10-323 |
| ISMAEL PANTOJA | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses Indictment No. 10-323. The indictment charges criminal activity involving controlled substance offenses in violation of 21 U.S.C. §§ 846 and 963. Such indictment was filed pursuant to a Federal Rule of Criminal Procedure 20 transfer from the United States District Court, Southern District of New York, where it was originally filed in that district under criminal number 05-1278.

This dismissal is without prejudice.

*[signature]*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*[signature]*
HON. DENNIS M. CAVANAUGH
United States Magistrate Judge

Date: